ACCEPTED
03-15-00010-CV
7207809
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 1:47:04 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00010-CV

## IN THE COURT OF APPEALS
## THIRD JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 1:47:04 PM
JEFFREY D. KYLE
Clerk

## COLLEEN DICKINSOON
## APPELLANT

## V.

## BRUCE DANA HARDESTY
## APPELLEE

## RESPONSE TO APPELLANT'S MOTION TO REINSTATE

TO THE HONORABLE COURT OF APPEALS:

Appellee asks the Court to deny Appellant's Motion to Reinstate this appeal.

In support of his request, Bruce Dana Hardesty submits the following:

1.      Appellant is Colleen Dickinson; Appellee is Bruce Dana Hardesty.

2.      The 353rd District Court of Travis County, Texas signed the final judgment in the underlying case *In the Matter of the Marriage of Bruce Dana Hardesty and Colleen Dickinson Hardesty,* cause number D-1-FM-13-006978 on October 6, 2014.

3.      Appellant filed *Respondent's Notice of Appeal* (Clerk's Record p. 33) on January 2, 2015.

4.      The clerk's record was filed on March 18, 2015 and a supplemental clerk's record was filed on April 30, 2015. The court reporter's record has not been filed to date.

5.      The Court has authority to dismiss this appeal for want of prosecution Tex. R. App. P. 42.3(b).

6.      Appellant's brief was due on April 16, 2015.  More than twenty-two weeks have

expired, and appellant has not filed a brief and has not asked for an extension of time to file the brief. Under the Tex. R. App. P. 42.3(b), the Court has authority to dismiss this appeal for want of prosecution.

7. The Court reporter's record has not been filed with the Court because appellant has not made arrangements to pay for the court reporter's record. The Court has given appellant a reasonable time to cure, but appellant still has not made arrangements to pay the clerk. Under the Tex. R. App. P. 37.3(c), the Court may dismiss this appeal.

8. Based on *Appellant's Verified Motion to Reinstate*, Appellant appears to be appealing the denial of spousal maintenance by the trial court. Appellant's final request for affirmative relief prior to trial was *Respondent's Counterpetition for Counterclaims* (C.R. p. 3) filed on April 14, 2014 in which she did not request spousal maintenance. At final trial, Appellant orally requested spousal maintenance. Appellant testified that she had been diagnosed with lupus several years before her December 2011 marriage to Appellee, and she was unable to work. No other evidence of her disability or inability to work was offered. Appellee disputed her testimony. Texas Family Code Section 8.051 states that a Court may order spousal maintenance if "the spouse seeking maintenance is unable to earn sufficient income to provide for the spouse's minimum reasonable needs because of an incapacitating physical or mental disability." The Court denied Appellant's request for spousal maintenance, but no findings of fact were contained in the *Final Decree of Divorce* (C.R. p. 27) and Appellant has requested none. In short, Appellee believes it's unlikely that Appellant will prevail on appeal.

9. For these reasons, appellee asks the Court to deny this motion and dismiss this appeal.

Bruce Dana Hardesty also respectfully prays for such other and further relief to which she

may be justly entitled.

Respectfully submitted,

R. Shane McFarland, P.C.
1800 Rio Grande
Austin, Texas 78701
Tel: (512) 708-0947
Fax: (512) 708-8436

By: _____
R. Shane McFarland
State Bar No. 24006141
shane@mcfarland-law.com
Attorney for Appellee

## VERIFICATION

STATE OF TEXAS

COUNTY OF TRAVIS

BEFORE ME, the undersigned authority, on this day personally appeared R. Shane McFarland, who after being by me first duly sworn, upon his oath stated that he is lead counsel for Bruce Dana Hardesty in this proceeding, that he has read the foregoing Response to Appellant's Motion to Reinsate including all of the factual statements contained in it. Each of the factual statements is true and correct to the best of my knowledge.

In addition, I certify that all of the documents attached hereto are true and correct copies.

_____
R. Shane McFarland

SWORN TO AND SUBSCRIBED before me on the 2nd day of October, 2015.

_____
Michelle Iglesias
Notary Public, State of Texas

MICHELLE IGLESIAS
MY COMMISSION EXPIRES
June 14, 2018

Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on Apellant, in accordance with the Texas Rules of Civil Procedure and the Texas Rules of Appellate Procedure on October 2, 2015.

_____
R. Shane McFarland

## CERTIFICATE OF COMPLIANCE

I hereby certify that the substantive word count of this document is 685 words, and is within the length allowed by the rules.

_____
R. Shane McFarland